IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAMANTHA SMITH, individually, &　)
ANN HERRERA, the Court Appointed　)
Personal Administrator of the Estate of　)
ROBERT STEVEN SMITH,　)
　)
MICAH SMITH, individually, &　)
MICAH SMITH, the Court Appointed　)　CIVIL ACTION FILE
Personal Administrator of the Estate of　)
SYDNEY SMITH,　)　NO. _____
　)
　　Plaintiffs,　)
　)
v.　)
　)
UNITED STATES OF AMERICA,　)
　)
　　Defendant.　)

## COMPLAINT FOR DAMAGES
## PURSUANT TO THE FEDERAL TORT CLAIMS ACT

COME NOW Plaintiffs and show the Court as follows:

## PARTIES, JURISDICTION & VENUE

### 1.

Plaintiff Samantha Smith, individually, may be served with all pleadings and

discovery on her counsel of record; Smith is domiciled in the Northern District of

Georgia, Fulton County.  Jurisdiction and venue are proper in this Court.

2.

Plaintiff Samantha Smith is the daughter of Robert Steven Smith, and files this Complaint for wrongful death of her father, as her mother Micah Smith has declined to pursue that claim as the first person authorized to do so under O.C.G.A. § 51-4-2, and Samantha Smith is his only adult or minor child who survived him and is the next person by statute authorized to bring that wrongful death claim by law. *Id.*

3.

Plaintiff Ann Herrera, as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith, may be served with all pleadings and discovery on her counsel of record; Herrera is domiciled in the Northern District of Georgia, Dekalb County.  Jurisdiction and venue are proper in this Court.

4.

Plaintiff Herrera brings all claims for pre-death pain & suffering, last funeral, burial, and medical expenses on behalf of the decedent's Estate as provided by Georgia law.   O.C.G.A. § 51-4-5(b).  Jurisdiction and venue are proper in this Court.

5.

Plaintiff Micah Smith, individually, may be served with all pleadings and discovery on her counsel of record; Smith is domiciled in the Northern District of Georgia, Fulton County.  Jurisdiction and venue are proper in this Court.

6.

Plaintiff Micah Smith, as the Court Appointed Personal Administrator of the Estate of Sydney Smith, may be served with all pleadings and discovery on her counsel of record; Micah Smith resides and is domiciled in the Northern District of Georgia, Fulton County.  Jurisdiction and venue are proper in this Court.

7.

Plaintiff Micah Smith brings all claims for pre-death pain & suffering, last funeral, burial, and medical expenses on behalf of the decedent Sydney Smith's Estate as provided by Georgia law.  O.C.G.A. § 51-4-5(b).  Jurisdiction and venue are proper in this Court.

8.

 This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* (hereinafter "the FTCA" or "FTCA")

9.

The United States Postal Service (hereinafter "USPS") is an independent establishment of the executive branch of Defendant United States of America. 39 U.S.C. § 201. The USPS is within and included by the FTCA.

10.

In accordance with Fed.R.Civ.P. 4(i)(A)(i) & (ii), Defendant United States of America (referred to herein by its postal service as an independent establishment of the executive branch as "USPS") may be properly served with process by service of the Summons and Complaint as follows:

i.    ***Delivery of a copy of the summons and of the complaint to:***

    The Honorable Byung J. "BJay" Pak
    U.S. Attorney Northern District of Georgia
    Office of the United States Attorney
    1800 Richard B. Russell Federal Building
    75 Spring Street, S.W.
    Atlanta, Georgia 30303

**OR**

ii.    ***Send a copy of the summons and of the complaint by registered or certified mail to:***

    The Honorable Byung J. "BJay" Pak
    c/o Civil Process Clerk
    U.S. Attorney Northern District of Georgia
    Office of the United States Attorney
    1800 Richard B. Russell Federal Building
    75 Spring Street, S.W.
    Atlanta, Georgia 30303

Jurisdiction and venue are proper in this Court.

11.

In accordance with Fed.R.Civ.P. 4(i)(B), the Attorney General of the United States, The Honorable William Pelham Barr, may be properly served with process by service of the Summons and Complaint as follows:

(B)   ***Registered or certified mail to***:

The Honorable William Pelham Barr
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Jurisdiction and venue are proper in this Court.

12.

By virtue of the facts setting forth negligent actions and inactions by the USPS in the Northern District of Georgia in this Complaint, this Court has jurisdiction pursuant to 28 U.S.C. § 1346.

13.

Venue for this action is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1402.

14.

On November 25, 2018, the undersigned counsel for Samantha Smith and Ann Herrera, in her representative capacity for Steve Smith's Estate, sent by overnight mail their Administrative Claims to the USPS in accordance with the FTCA for $15,000,000 and $5,000,000 respectively, for a total of $20,000,000.00. *Exhibit 1*.

15.

Samantha Smith's wrongful death claim and the Steve Smith Estate's claims as Administrative Claims were properly and timely presented to the USPS & USA.

16.

On March 15, 2019 the USPS denied the claims of Samantha Smith and Ms. Herrera on behalf of Steve Smith's Estate.  *Exhibit 2*.

17.

On November 25, 2018, the undersigned counsel for Micah Smith and Micah Smith, in her representative capacity for Sydney Smith's Estate, sent by overnight mail their Administrative Claims to the USPS in accordance with the FTCA for $15,000,000 and $5,000,000 respectively, for a total of $20,000,000.00. *Exhibit 3*.

18.

Micah Smith's wrongful death claim and the Sydney Smith Estate's claims as Administrative Claims were properly and timely presented to the USPS & USA.

19.

On March 15, 2019 the USPS denied the claims of Micah Smith and Ms. Smith on behalf of Sydney Smith's Estate. _Exhibit 4_.

20.

 The written notification of the USPS denying the Administrative Claims was sent in accordance with 28 U.S.C. § 2675.

21.

This Complaint for Damages or action for the claims of the Plaintiffs is timely filed.

22.

As set forth herein, Plaintiffs' action against the United States Postal Service (hereinafter referred to as "U.S.P.S.") arise under the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

23.

This Court has supplemental jurisdiction over all other claims asserted herein in that they are related to those issues over which original jurisdiction is conferred, and are part of the same case or controversy, pursuant to 28 U.S.C. § 1367(a).

24.

Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) in that, at all times relevant hereto, the Plaintiffs were residents of Fulton County & Dekalb County, Georgia, which is within this judicial District. Further, the events or omissions giving rise to the claims herein occurred in Fulton County, Georgia, which is within this judicial District.

25.

All conditions precedent to the filing of this action have been met.

## FACTUAL ALLEGATIONS

26.

On the evening of November 28, 2016, Robert Steven Smith (hereinafter "Steve Smith,") a well-known court reporter in the Atlanta area, was at his residence in Roswell, Georgia, in his pajamas, watching the Falcons game and doing some work at his residence.

27.

At some point in the evening his daughter Sydney Smith, who lived with her grandparents Denny & Susan McKoy, came to Steve Smith's residence, and went on a drive with her dad.

28.

Steve and his daughter Sydney were driving on King Road, in the City of Roswell City limits, around and shortly after midnight on November 28, 2016 when their vehicle left the roadway on a curve where other vehicles have left the roadway in the past and their vehicle struck the stone, concrete and brick mailboxes belonging to the Nash and Steward families at 12485 King Road & 12505 King Road on the border of the incorporated city limits, Roswell, GA, Fulton County, GA.

29.

Steve Smith and his daughter Sydney were killed in the resulting collision, with the brick and stone mailboxes, and the sole proximate cause of their deaths is the collision with the stone, concrete and brick mailboxes belonging to the Nash and Steward families and maintained by them at their residences.

30.

At the time of the incident State of Georgia statutes including O.C.G.A. § 32-6-1, GDOT guidelines, City of Roswell ordinances, Fulton County Ordinances, AASHTO and FHWA guidelines, USPS regulations, Postal Operations Manual (hereinafter "POM") in force in November of 2016, USPS Standard 7 for Mailboxes, and USPS guidelines prohibited brick, stone, or concrete mailboxes from being constructed or adjacent to roads such as King Road in the City of Roswell, or anywhere else adjacent to the roadway as they posed a death hazard or man trap to motorists on King Road and other locations in Georgia.

31.

Georgia statutes, GDOT guidelines and AASHTO and FHWA guidelines, and U.S. Postal Regulations, the POM permitted only 4" x 4" wood post mailboxes adjacent to roads, or 2" diameter metal (steel or aluminum) pole mailboxes adjacent to the road that were seated or sank no more than 24" in the soil or concrete below ground, and 41" to 45" from the roadway.

32.

The Nash and Steward mailboxes were several feet square, filled with concrete, and weighed more than 500 pounds each and posed a death hazard or mantrap to motorists driving on King Road near their residences.

33.

City of Roswell ordinances passed by it in the years prior to the collision and in force on November 28, 2016 prohibited and forbade brick, stone, or concrete mailboxes from being constructed or maintained adjacent to the roadway and creating a death trap or hazard to passing motorists:  "All mailboxes constructed in the street right-of-way must conform to United States Postal Service standards and must not be constructed so as to be a fixed-object hazard to vehicles."

34.

City of Roswell ordinances passed by it in the years prior to the collision and in force on November 28, 2016 prohibited and forbade brick, stone, or concrete mailboxes from being constructed or maintained adjacent to the roadway, adopted Georgia and GDOT standards, prohibited creating or maintaining  a death trap or hazard to passing motorists further stated: "No person or company shall construct a drive or entrance to any public road without a permit from the city transportation department.  It shall be unlawful for any person to construct any permanent feature such as an irrigation system, sign or fence in the street right-of-way without a permit from the city transportation department."

35.

Neither the Stewards nor the Nashes had a permit from the City of Roswell allowing them to erect, maintain, or create concrete, brick and stone mailboxes adjacent to King Road in violation of state law, Roswell ordinances, and Fulton County code and ordinances passed by Fulton County prior to the collision.

36.

Fulton County ordinances passed by it in the years prior to the collision and in force on November 28, 2016 prohibited and forbade brick, stone, or concrete mailboxes from being constructed or maintained adjacent to the roadway and creating a death trap or hazard to passing motorists:

> *4.3.5 Encroachment on public rights-of-way.* No privately owned structures other than driveways, access walkways, and mailboxes shall be permitted within a publicly owned right-of-way. Mailbox support structures shall also be permitted within the county owned right-of-way provided that the mailbox support structure or appurtenance conforms to the following conditions.
>
> 1.   Mailbox support structures or appurtenances shall not be constructed of masonry, concrete or stone unless the support design has been shown to be safe by crash tests and is approved by the director of the department of environment and community development.
>
> 2.   With the exceptions noted in subsection 1. above, the mailbox support structure shall be a single four-inch × four-inch or four-inch circumference wooden or metal post with strength no greater than a

two-inch diameter standard steel hollow pipe and embedded not more than 24 inches in to the ground.

3.  A mailbox support structure containing a metal post shall not be fitted with an anchor plate, but it may have an anti-twist device that extends no more than ten inches below the ground surface.

Mailbox structures along roadways with posted speed limits of 35 miles per hour or less within platted subdivisions of the county shall be exempt from this provision. Landscaping shall be allowed within the public right-of-way with permission of the Georgia Department of Transportation or the director of the department of environment and community development, or as specified in the tree preservation ordinance, as applicable. Signs and other structures belonging to the State of Georgia, Fulton County, or a railroad or utility are exempt from this provision.

37.

Neither the Stewards nor the Nashes had a permit from Fulton County to construct brick, stone or concrete mailboxes or to maintain an existing brick, stone or concrete mailbox adjacent to King Road in violation of state law, Roswell ordinances, and Fulton County code and ordinances passed by it prior to the collision and construction of the mailboxes.

38.

But for the stone, concrete and brick mailboxes that Steve Smith's vehicle hit on the night of the incident, Steve Smith and his daughter would have survived and at most there would been property damages only to Steve's vehicle.

39.

Steve Smith's blood alcohol shows that his blood alcohol was in excess of

the legal limit in Georgia, and Steve Smith's negligence and negligence per se and

his judgment being impairment by alcohol at the time of the collision was a

contributing proximate cause of the collision resulting in the collision, but not the

sole or predominant proximate cause of his death.

40.

Sydney Smith was not negligent in any regards as it relates to the instant

collision, or her death.

41.

Both sets of Plaintiffs have engaged accident reconstruction experts who

will provide their opinions that but for the brick and stone mailboxes, in place of

standard USPS approved mailbox installations with wood or 2" diameter metal

posts, that there would be little or insignificant damage to the Steve Smith vehicle

that would have caused the instant deaths in this matter.

42.

Sydney and Steve Smith would have survived a collision with one or two

U.S. Postal Regulation compliant mailboxes, and the sole or predominant

proximate cause of his death was a collision with the stone, concrete and brick mailboxes that Steve Smith collided with that night.

43.

Samantha Smith in her individual capacity demands judgment against the defendants, for the full value of the life of Steve Smith's life in an amount for his wrongful death including all economic and non-economic damages, but in an amount not less than $15,000,000.00.

44.

Steve Smith died of his injuries at the scene, but the evidence shows that he was consciously aware of an impending collision that resulted in his and his daughter's death, and Plaintiff Ann Herrera seeks a recover for his Estate for its claims of pre-death pain and suffering, last funeral, burial, and medical expenses of not less than $5,000,000.

45.

Micah Smith in her individual capacity demands judgment against the defendants, for the full value of the life of Sydney Smith's life in an amount for her wrongful death including all economic and non-economic damages, but in an amount not less than $15,000,000.00.

46.

Sydney Smith died of her injuries at the hospital or en route to the hospital, but the evidence shows that she was consciously aware of an impending collision that resulted in her death, and Plaintiff Micah Smith seeks a recovery for Sydney's Estate for its claims of pre-death pain and suffering, last funeral, burial, and medical expenses of not less than $5,000,000 too.

47.

The USPS manual POM requires that postal carriers inform the local Postmaster of their branch of non-conforming mailbox installations such as the one killing Steve and Sydney Smith, and that the Postmaster shall provide notice on USPS forms informing the homeowners (Nash and Steward families) that their mail service may be disrupted unless the non-conforming mailboxes are removed.

48.

The local USPS postmaster for the branches that delivered mail to the 12485 and 12505 King Road addresses is also required to be apprised of local, state, and other governmental ordinances that prohibit the type of brick, stone, and concrete mailboxes at these two addresses, and to inform his/her mail carriers and the homeowners of the non-compliance with those rules too under the USPS Postal Operations Manual in force in November of 2016.

49.

The July 2016 Postal Operations Manual, in effect on November 28, 2016,

in pertinent part states that Carriers must report, and that the Postmaster then sends

notices of non-conforming brick, stone, and concrete mailboxes to the homeowners

as follows:

623 **Withdrawal of Delivery Service**

623.1 **Suitable Receptacles**

Consider withdrawing service if a customer does not provide a suitable mail
receptacle after being so notified by PS Form 1507, Request to Provide Mail
Receptacle  (city delivery routes); by PS Form 4056, Your Mailbox Needs
Attention  (rural and highway contract routes); **by letter or verbally**.
The Postal Service may withdraw service to a delivery point if a customer
does not provide a suitable mail receptacle in the postal-approved location
for the delivery of mail after being so notified by local officials by PS Form
1507, Request to Provide Mail Receptacle  (city delivery routes); by PS
Form 4056, Your Mailbox Needs Attention  (rural and highway contract
routes); **or by written communication.**

***

632.523 **Posts and Supports**

The Postal Service does not regulate mailbox supports in any way except for
purposes of carrier safety and delivery efficiency. Posts and other supports
for curbside mailboxes are owned and controlled by customers, who are
responsible for ensuring that posts are neat and adequate in strength and
size. **Heavy metal posts, concrete posts, and miscellaneous items of farm
equipment, such as milk cans filled with concrete, are examples of
potentially dangerous supports**. The ideal support is an assembly that
bends or falls away when struck by a vehicle. Post or support designs may
not represent effigies or caricatures that disparage or ridicule any person.

Customers may attach the box to a fixed or movable arm.

**The Federal Highway Administration (FHWA) has determined that mailbox supports no larger than 4 inches by 4 inches, or a 2-inch diameter standard steel or aluminum pipe, buried no more than 24 inches, should safely break away if struck by a vehicle. According to FHWA, the mailbox must also be securely attached to its post to prevent separation if struck.**

632.53 **Nonconforming Mailboxes**

Carriers **must report** to the postmaster any existing mailboxes that no longer conform to postal regulations. The **postmaster sends** PS Form 4056, Your Mailbox Needs Attention, **to the owners of these boxes to request that they remedy the irregularities or defects**. All newly installed or replacement mailboxes must be approved models in accordance with USPS-STD-7. A current listing of approved manufacturers and models can be obtained from the office listed in section 632.511.

632.54 **State and Local Regulations**

Some states have enacted laws that are more stringent and specific about the type of mailbox that may be used, the post or support that must be used to mount the mailbox, and the location of the delivery equipment. Regulations and recommendations published here might not reflect appropriate requirements for your area. **When providing guidance to the general public concerning mailbox placement and replacement, advise them not only of postal regulations but also of any mailbox regulations that you know have been enacted by state or local authorities**.

(Bolded Emphasis supplied by Plaintiffs)

50.

The USPS failed to inform either homeowner at 12485 or 12505 King Road to remove their brick, concrete or stone mailbox installations.

51.

The USPS's mail carriers in its vehicles for the 10 years prior to this crash failed to give notice or report to the Postmaster for the local delivery branches that the concrete, brick, and stone mailboxes failed to conform to USPS guidelines and FHWA and AASHTO guidelines incorporated by the USPS prior to November 28, 2016.

52.

The USPS and its postmasters for the local branches failed to properly train, supervise, and instruct its mail carriers regarding non-conforming mailbox installations and failed to send PS Form 4056 or other PS Forms to the 12485 and 12505 King Road homeowners instructing them to remove, remedy the nonconforming mailboxes or that their mail service may be interrupted at any time prior to November 28, 2016.

53.

The USPS is vicariously liable under the doctrine of respondeat superior for the negligent and negligent per se failures of its mail carriers and postmasters to

inform these two King Road homeowners to remove the non-conforming mailbox installations that pose a death, man trap hazard to motorists on King Road prior to November 28, 2016.

54.

Immediately following this fatal collision the 12485 & 12505 King Road homeowners installed USPS compliant mailbox posts, 4" x 4" wood posts no more than 24" in the ground, and if these installations were present on November 28, 2016 there are no fatalities that night, and this lawsuit does not exist. *See Exhibit 5, Inset, December 2016 Google Streetview of 12485 & 12505 Street Addresses.*



<u>*Exhibit 5*</u>*, Inset Google Street View, December 2016, 12505 Replacement Mailbox on the Left, 12485 King Road Replacement Mailbox on the Right (Double Click to Expand & Rotate)*

https://www.google.com/maps/place/12485+King+Rd,+Roswell,+GA+30075/@34.0871843,-84.3770447,3a,75y,97.06h,71.8t/data=!3m6!1e1!3m4!1s3NG17E8u3w84lAwLfoCfeQ!2e0!7i13312!8i6656!4m5!3m4!1s0x88f573be13fce895:0xba7c55a4abef105e!8m2!3d34.0870279!4d-84.3762595

55.

The brick, stone, and concrete filled mailbox installations at 12485 & 12505

King Road looked as follows on August 2012 and on November 28, 2016:



<u>*Exhibit 6*</u>*, Inset Google Street View, August 2012, 12505 & 12485 King Road Mailbox Installations Prior to the Collision on November 28, 2016 (Double Click to Expand & Rotate)*

https://www.google.com/maps/place/12485+King+Rd,+Roswell,+GA+30075/@34.0871493,-

84.3770211,3a,90y,70.6h,66.98t/data=!3m6!1e1!3m4!1sJq9vN0LfBH6kDm
Lwcyb0qA!2e0!7i13312!8i6656!4m5!3m4!1s0x88f573be13fce895:0xba7c5
5a4abef105e!8m2!3d34.0870279!4d-84.3762595

56.

Steve Smith's vehicle colliding with the USPS compliant mailboxes and

posts in *Exhibit 5*, does not result in the death of either him or his daughter Sydney

on November 28, 2016.

57.

Steve Smith's vehicle exploded the brown stone mailbox installation at

12485 King Road at impact.   *Exhibit 7*, Roswell Police Photograph:



*Exhibit 7*, Inset, November 28, 2016 Scene Photograph, Roswell Police
Department #357 (Double Click to Expand & Rotate)

58.

Steve Smith's vehicle hit, knocked over, and did not dent the brick and concrete mailbox at 12505 King Road at impact.  *Exhibit 8*, Roswell Police Photograph:



*Exhibit 8*, *Inset, November 28, 2016 Scene Photograph, Roswell Police Department #366 (Double Click to Expand & Rotate)*

59.

Steve Smith's vehicle immediately after colliding with the mailboxes in

*Exhibit 9*, Roswell Police Photograph:



*Exhibit 9, Inset, November 28, 2016 Scene Photograph, Roswell Police
Department #375 (Double Click to Expand & Rotate)*

60.

Two USPS Standard 7c mailboxes mounted on 4" x 4" wood USPS compliant

posts that were installed by these homeowners after this crash would not cause the

damage above, or the deaths of Steve & Sydney Smith.  *See Exhibits 5-9*.

61.

The negligence and negligence per se of the USPS mail carriers, local postmasters, and training personnel is a contributing proximate cause of the deaths of Steve and Sydney Smith on November 28, 2016.

62.

The USPS in response to open records requests denies it ever sent forms or instructed the 12505 or 12485 King Road homeowners to remove their non-conforming brick, stone, or concrete mailboxes before this incident.

63.

USPS postal employees  delivering mail on King Road in the years prior to this collision were negligent and negligent per se in failing to inform the postmaster of these non-conforming mailbox installations posing a death or man hazard to motorists, and instructing those homeowners in conjunction with the local postmasters to remove the installations or that their mail would not be delivered in those deadly brick, stone and concrete mailbox installations.

64.

The USPS Postmaster for these local branch and street addresses, and the USPS, were negligent and negligent per se in failing to train, supervise, and retain its mail carriers who delivered mail to the 12485 and 12505 King Road addresses

that they should give notice via PS Form 4056 to the homeowners prior to this incident of these dangerous mailboxes, and that the mailboxes did not conform to the Standard 7 design for mailboxes, posts, and violated Chapter 6 of the USPS POM adopted by it for USPS operations at all times prior to November 28, 2016.

65.

The USPS's and its employees' negligence, negligence per se, and their negligent hiring, supervision, training, and retention of its mail carriers delivering mail to the 12485 and 12505 King Road addresses in the decade before the deadly crash in this case is a contributing proximate cause of the deaths of Steve and Sydney Smith.

66.

The USPS is vicariously liable under the doctrine of respondeat superior for its vehicle mail carriers', local post office postmasters' and training personnel's negligence in failing to properly train, hire, supervise and retain its employees to make sure that vehicle mail carriers and local postmasters provide notice to homeowners, instruct them to remove, and not to deliver mail to homeowners who install non-conforming USPS mail installations on highways and roads in violation of USPS approved standards and guidelines including AASHTO and FHWA guidelines incorporated into the POM manuals prior to November of 2016.

67.

But for the brick, stone and concrete mailboxes that the USPS carriers and postmaster employees allowed to exist at these locations, neither Steve nor Sydney Smith would have died that night and neither likely would have been injured with any collision of a car with a 4" x 4" wood post or 2" metal post/pipe USPS standard mailbox installation adjacent to King Road.

## **PRAYER FOR RELIEF**

WHEREFORE Plaintiffs pray for judgment against the Defendants and that they be granted the following relief:

(a)     That service of process issue and Defendants be served with the Plaintiffs' complaint and summons, as provided by law;

(b)     That Plaintiff Samantha Smith have and recover an award of compensatory damages against Defendants for the wrongful death of her father including general and special damages to be determined by the Court as set forth in the FTCA, but in an amount not less than $15,000,000.00, under Georgia's Wrongful Death Act, O.C.G.A. § 51-4-1 et seq.;

(c)     That Ms. Herrera on behalf of Steve Smith's Estate recover an amount not less than $5,000,000 for his conscious pre-death pain and

suffering, last funeral, burial and medical expenses under Georgia law;

(d)    That Plaintiff Micah Smith have and recover an award of compensatory damages against Defendants for the wrongful death of her daughter Sydney Smith including general and special damages to be determined by the Court as set forth in the FTCA, but in an amount not less than $15,000,000.00, under Georgia's Wrongful Death Act, O.C.G.A. § 51-4-1 et seq.;

(e)    That Plaintiff Micah Smith on behalf of Sydney Smith's Estate recover an amount not less than $5,000,000 for his conscious pre-death pain and suffering, last funeral, burial and medical expenses under Georgia law;

(f)    That all costs be taxed against the Defendants; and

(g)    That Plaintiffs have such other and further equitable, legal or other additional relief as the Court deems just and appropriate under the circumstances of this case.

{SIGNATURES ON FOLLOWING PAGE}

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**MICAH SMITH, INDIVIDUALLY,**
**AND AS THE COURT-**
**APPOINTED PERSONAL**
**ADMINISTRATOR OF THE ESTATE**
**OF SYDNEY SMITH:**

By:   */s/ Andrew Lampros*
ANDREW LAMPROS
Georgia Bar No. 432328

HALL & LAMPROS, LLP
400 Galleria Pkwy
Suite 1150
Atlanta, GA 30339
(404) 876-8100
(404) 876-3477 facsimile
alampros@hallandlampros.com

**COUNSEL FOR PLAINTIFFS**
**SAMANTHA SMITH, INDIVIDUALLY,**
**AND ANN HERRERA AS THE COURT-**
**APPOINTED PERSONAL**
**ADMINISTRATOR OF THE ESTATE**
**OF ROBERT STEVEN SMITH:**

By:   */s/ Terry D. Jackson*
TERRY D. JACKSON
Georgia Bar No. 386033

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 659-2400
(404) 659-2414 facsimile
terry@terryjacksonlaw.com

# EXHIBIT 1

TERRY D. JACKSON, P.C.

ATTORNEYS AT LAW
600 EDGEWOOD AVENUE
ATLANTA, GEORGIA 30312
TEL. (404) 659-2400
FAX. (404) 659-2414

November 25, 2018

## Via FedEx Tracking No. 7737 9584 9670 & 1st Class U.S. Mail

United States Postal Service
Chief Counsel, Torts, General Law Service Center
USPS National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

## Via FedEx Tracking No. 7737 9585 5517 & 1st Class U.S. Mail

United States Postal Service
Megan Brennan, Postmaster General & CEO
c/o Thomas Marshall, General Counsel
475 L'Enfant Plaza, Room 4012
Washington, DC 20260-2200

## Via FedEx Tracking No. 7737 9585 9030 & 1st Class U.S. Mail

Torts Branch - Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002

## Via FedEx Tracking No. 7737 9586 5183 & 1st Class U.S. Mail

The United States Attorney's Office
Torts Branch – Civil Division
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

> Re: Claims of Samantha "Smith for the Wrongful Death of Steve Smith and Claims of
> Ann Herrera for the Estate of Steve Smith
>
> Date & Time: November 28, 2016 at approximately 00:39 a.m.
>
> Location: 12485 King Road & 12505 King Road,
> City of Roswell, Fulton County, Georgia
>
> Report No.: Incident Report # 1611001042 (See *Exhibit 2*)

Dear Sirs or Madams and Ms. Brennan:

My name is Terry D. Jackson and I represent Samantha Smith, individually, for the
wrongful death of her father Robert Steven "Steve" Smith under Georgia law. I also represent

## EXHIBIT 1 - Page 1 of 17

United States Postal Service
Torts Branch - Civil Division
The United States Attorney's Office
Page 2 of 2
November 25, 2018

Ann Herrera, the Court Appointed Personal Administrator of Robert Steven "Steve" Smith under Georgia law. I am presenting by the attached Form 95, with attachments, the claim against the US Postal Service for the wrongful death of Steve Smith, and for the claims of Ms. Herrera on behalf of his Estate.

Employees of the US Postal Service were negligent and negligent per se in failing to instruct, inform, and require that the Nashes and Stewards, homeowners at 12505 & 12485 King Road, Roswell, GA, to remove their brick, stone and concrete filled mailboxes that existed dangerously close to the roadway in violation of US Postal regulations. US Postal employees failed to instruct, require and tell the Nashes and Stewards that they were required under USPS rules and regulations to remove these hazards, and replace them with USPS compliant standard mailboxes or that their mail would not be delivered by the USPS. Steve Smith nor his adult daughter would have died in this crash if they collided with standard mailboxes instead of the brick, stone and concrete mailboxes they hit on November 28, 2016 on King Road.

This notice is provided as required by 28 USC §§ 1346, 2675, 2671, et seq. and 39 CFR § 912.4, to the parties above, and the US Attorney and the local office of the U.S. Attorney in the Northern District of Georgia.

We appreciate your attention to this matter, and look forward to a response to the same. If you have any questions in the interim, do not hesitate to contact us.

Sincerely,

Terry D. Jackson

TDJ/klh

Enclosures:     *Form 95 Claims for Damage, Injury or Death*

| | | |
|---|---|---|
| CD - | *Exhibit 1* | *Death Certificate Steve Smith* |
| | *Exhibit 2* | *Incident Investigation Report* |
| | *Exhibit 3* | *Autopsy Reports, Steve & Sydney Smith* |
| | *Exhibit 4* | *State Farm (Smith Policies) & Auto Owners UIM Policies (Susan McKoy)* |
| | *Exhibit 5* | *DeKalb County Lawsuits for Steve Smith & Sydney Smith* |
| | |     *A.   Micah Smith Lawsuit* |
| | |     *B.   Ann Herrera Cross Claims & Answer* |
| | |     *C.   Samantha Smith Lawsuit* |
| | *Exhibit 6* | *Fee Agreement Samantha Smith & Ann Herrera, as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith* |
| | *Exhibit 7* | *Letters of Administration granted to Ann Herrera, for the Estate of Steve Smith* |

**EXHIBIT 1 - Page 2 of 17**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency. | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service, Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948 | Samantha Smith, Individually, and Ann Herrera as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith. c/o Attorney: Terry D. Jackson, P.C., 600 Edgewood Avenue, Atlanta, GA 30312 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 07/30/1964 | Married | 11/28/2016 | 0036 | A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Steve Smith was killed on November 28, 2016 when his vehicle struck two brick, stone and concrete mailboxes on King Road in the City of Roswell, GA. The postal service was aware that the brick, stone, and concrete mailboxes on King Road violated U. S. Postal service guidelines and regulations, 632.53, but the postal service mailbox carriers did not request the homeowners remove the mailboxes with Form PS 4056 nor cite the homeowner under its regulations and for them to install a USPS-STD-7 compliant mailboxes. Attached is a CD with the incident report and photographs of the brick, stone and concrete mailboxes.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Robert Steven Smith was killed in the collision, and his adult Daughter Sydney Smith was killed in the collision too. Sydney's mother Micah Smith individually and as the Court appointed representative of Sydney Smith's Estate is presenting claims for her death separately. Autopsy reports by the coroner are provided for inspection too, with death certificates.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See incident report, photographs, etc. on CD attached as exhibits to this demand | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 5,000,000 | 15,000,000 | 20,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Terry D. Jac K 50 N | (404) 659-2400 | 11/25/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

# EXHIBIT 1 - Page 3 of 17

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?   [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

State Farm automobile insurance policies. State Farm Mutual Automobile Insurance Company, One State Farm Plaza, Bloomington, IL 61710-0001; Policy Numbers 872 6227-C20-11; 713 7107-F26-11E; 606 5857-B12-11F

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [X] Yes   [ ] No | 17. If deductible, state amount. |
|---|---|
| A claim has been filed on the underinsured and uninsured motorists coverage with insurers. | 0.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

State Farm has rejected the claim, and a lawsuit is being filed in state court in DeKalb County, GA against third parties owning the mailboxes, the City of Roswell and Fulton County employees involved.

19. Do you carry public liability and property damage insurance?   [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

Not applicable, see State Farm Automobile policies attached for Steve & Micah Smith covering their automobiles, and their automobile uninsured motorists carriers identified above.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority. The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## EXHIBIT 1 - Page 4 of 17

## **LIST OF EXHIBITS TO FORM 95 USPS STEVE SMITH**

1. Death Certificate Steve Smith
2. Incident Investigation Report
3. Autopsy Reports, Steve & Sydney Smith
4. State Farm (Smith Policies)
5. DeKalb County Lawsuits for Steve Smith & Sydney Smith
   A. Micah Smith Lawsuit
   B. Ann Herrera Cross Claims & Answer
   C. Samantha Smith Lawsuit
6. Fee Agreement Samantha Smith & Ann Herrera, as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith
7. Letters of Administration granted to Ann Herrera, for the Estate of Steve Smith.

**EXHIBIT 1 - Page 5 of 17**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service, Megan Brennan, Postmaster General & CEO, c/o Thomas Marshall, General Counsel, 475 L'Enfant Plaza, Room 4012, Washington, DC 20260-2200 | Samantha Smith, Individually, and Ann Herrera as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith. c/o Attorney: Terry D. Jackson, P.C., 800 Edgewood Avenue, Atlanta, GA 30312 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 07/30/1964 | Married | 11/28/2016 | 0036 | A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Steve Smith was killed on November 28, 2016 when his vehicle struck two brick, stone and concrete mailboxes on King Road in the City of Roswell, GA.  The postal service was aware that the brick, stone, and concrete mailboxes on King Road violated U. S. Postal service guidelines and regulations, 632.53, but the postal service mailbox carriers did not request the homeowners remove the mailboxes with Form PS 4056 nor cite the homeowner under its regulations and for them to install a USPS-STD-7 compliant mailboxes. Attached is a CD with the incident report and photographs of the brick, stone, and concrete mailboxes.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Robert Steven Smith was killed in the collision, and his adult Daughter Sydney Smith was killed in the collision too.  Sydney's mother Micah Smith individually and as the Court appointed representative of Sydney Smith's Estate is presenting claims for her death separately.  Autopsy reports by the coroner are provided for inspection too, with death certificates.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| See incident report, photographs, etc. on CD attached as exhibits to this demand | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 5,000,000 | 15,000,000 | 20,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | (404) 659-2400 | 11/25/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXHIBIT 1 - Page 6 of 17

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?   ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

State Farm automobile insurance policies. State Farm Mutual Automobile Insurance Company, One State Farm Plaza, Bloomington, IL 61710-0001; Policy Numbers 872 6227-C20-11; 713 7107-F26-11E; 606 5857-B12-11F

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No    17. If deductible, state amount.

A claim has been filed on the underinsured and uninsured motorists coverage with insurers.    0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

State Farm has rejected the claim, and a lawsuit is being filed in state court in DeKalb County, GA against third parties owning the mailboxes, the City of Roswell and Fulton County employees involved.

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

Not applicable, see State Farm Automobile policies attached for Steve & Micah Smith covering their automobiles, and their automobile uninsured motorists carriers identified above.

---

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority.* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use.* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# EXHIBIT 1 - Page 7 of 17

## LIST OF EXHIBITS TO FORM 95 USPS STEVE SMITH

1. Death Certificate Steve Smith
2. Incident Investigation Report
3. Autopsy Reports, Steve & Sydney Smith
4. State Farm (Smith Policies)
5. DeKalb County Lawsuits for Steve Smith & Sydney Smith
   A. Micah Smith Lawsuit
   B. Ann Herrera Cross Claims & Answer
   C. Samantha Smith Lawsuit
6. Fee Agreement Samantha Smith & Ann Herrera, as the Court Appointed Personal Administrator of the Estate of Robert Steven Smith
7. Letters of Administration granted to Ann Herrera, for the Estate of Steve Smith.

**EXHIBIT 1 - Page 8 of 17**



*In Re: Robert Steven Smith*
**EXHIBITS 1-7**
**TO FORM 95 USPS**

**EXHIBIT 1 - Page 9 of 17**



**XX CPSA**

TRK# 0201

**7737 9584 9670**

TUE - 27 NOV 10:30A
PRIORITY OVERNIGHT

63155
STL
DSR
MO-US

TO
CHIEF COUNSEL, TORTS, GEN. LAW SERV
UNITED STATES POSTAL SERVICE
USPS NATIONAL TORT CENTER
1720 MARKET STREET, ROOM 2400
ST. LOUIS MO 63155

ORIGIN ID:QFEA    (404) 659-2400
KRISTY HOLTZBERG
TERRY MORRIS LAW, P.C.
600 EDGEWOOD AVENUE SE

ATLANTA, GA 30312
UNITED STATES US

(800) 275-8777
INV
PO

REF: SMITH, STEVE
DEPT:

SHIP DATE: 26NOV18
ACTWGT: 0.50 LB
CAD: 108006147/INET4040

BILL SENDER

FedEx
Express

552J2/E4AF/DCA5

J18211888159Iuv

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Wednesday, November 28, 2018 at 12:02:44 PM Eastern Standard Time

**Subject:** FedEx Shipment 773795849670 Delivered
**Date:** Tuesday, November 27, 2018 at 1:34:34 PM Eastern Standard Time
**From:** TrackingUpdates@fedex.com
**To:** Kristi Holtzberg

FedEx®

# Your package has been delivered

## Tracking # 773795849670

Ship date:
Mon, 11/26/2018

**Kristi Holtzberg**
Terry D. Jackson, P.C.
Atlanta, GA 30312
US

Delivery date:
Tue, 11/27/2018 12:30 pm

Delivery progress bar

Delivered

**Chief Counsel, Torts, Gen. Law Serv**
United States Postal Service
1720 Market Street, Room 2400
USPS National Tort Center
SAINT LOUIS, MO 63155
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773795849670 |
| Status: | Delivered: 11/27/2018 12:30 PM Signed for By: C.CHAPLIN |
| Reference: | Smith, Steve |
| Signed for by: | C.CHAPLIN |
| Delivery location: | ST. LOUIS, MO |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Standard transit: | 11/27/2018 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:34 PM CST on 11/27/2018.

**EXHIBIT 1 - Page 11 of 17**

Page 1 of 2



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Subject:** FedEx Shipment 773795855517 Delivered
**Date:** Tuesday, November 27, 2018 at 10:02:26 AM Eastern Standard Time
**From:** TrackingUpdates@fedex.com
**To:** Kristi Holtzberg

FedEx®

# Your package has been delivered

## Tracking # 773795855517

| Ship date: | | Delivery date: |
|---|---|---|
| Mon, 11/26/2018 | | Tue, 11/27/2018 9:57 am |
| **Kristi Holtzberg** | | **Megan Brennan, Postmaster Gen & CEO** |
| Terry D. Jackson, P.C. | Delivery progress bar | United States Postal Service |
| Atlanta, GA 30312 | | 475 L'Enfant Plaza, Room 401 |
| US | Delivered | C/O Thomas Marshall, General Counse |
| | | WASHINGTON, DC 20260 |
| | | US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773795855517 |
| Status: | Delivered: 11/27/2018 09:57 AM Signed for By: D.PAUL |
| Reference: | Smith, Steve |
| Signed for by: | D.PAUL |
| Delivery location: | WASHINGTON, DC |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Standard transit: | 11/27/2018 by 10:30 am |

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:02 AM CST on 11/27/2018.

**EXHIBIT 1 - Page 13 of 17**                                    Page 1 of 2



ORIGIN ID:QEFA    (404) 659-2400
KRISTI HOLTZBERG
TERRY D LOCK P.C.
600 EDGEWOOD AVENUE SE
ATLANTA, GA 30312
UNITED STATES US

TO TORTS BRANCH - CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
175 N STREET, NE

WASHINGTON DC 20002
(202) 616-4400

REF: SMITH, STEVE
INV:
PO:
DEPT:

SHIP DATE: 26NOV18
ACTWGT: 0.50 LB
CAD: 108006147/INET4040

BILL SENDER

TRK# 7737 9585 9030 0201

XC YKNA

TUE - 27 NOV 10:30A
PRIORITY OVERNIGHT

DC-US

20002
IAD

DSR

552J2/E4AF/DCA5

J18211888159lurr

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT 1 - Page 14 of 17**

**Subject:** FedEx Shipment 773795859030 Delivered
**Date:** Tuesday, November 27, 2018 at 9:34:02 AM Eastern Standard Time
**From:** TrackingUpdates@fedex.com
**To:** Kristi Holtzberg

FedEx®

# Your package has been delivered

## Tracking # 773795859030

Ship date:
**Mon, 11/26/2018**

**Kristi Holtzberg**
Terry D. Jackson, P.C.
Atlanta, GA 30312
US

Delivery date:
**Tue, 11/27/2018 9:26 am**

**Torts Branch - Civil Division**
U.S. Department of Justice
175 N Street, NE
WASHINGTON, DC 20002
US

Delivery progress bar

Delivered

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773795859030 |
| Status: | Delivered: 11/27/2018 09:26 AM Signed for By: A.JOHNSON |
| Reference: | Smith, Steve |
| Signed for by: | A.JOHNSON |
| Delivery location: | WASHINGTON, DC |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Standard transit: | 11/27/2018 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:34 AM CST on 11/27/2018.

All weights are estimated.

**EXHIBIT 1 - Page 15 of 17**                    **Page 1 of 2**



TRK# 0201   7737 9586 5183

37 QFEA

TUE - 27 NOV 10:30A
PRIORITY OVERNIGHT

30303
ATL

DSR
GA-US

TO
TORTS BRANCH  CIVIL DIVISION
UNITED STATES ATTORNEYS OFFICE
RICHARD B. RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE, SW, SUITE 600
ATLANTA GA 30303
(404) 581-6000

REF: SMITH, STEVE
INV:
PO:
DEPT:

ORIGIN ID:QFEA       (404) 659-2400
KRISTI HOLTZBERG
TERRY & TERRY P.C.
600 EDGEWOOD AVENUE SE
ATLANTA, GA 30312
UNITED STATES US

SHIP DATE: 26NOV18
ACTWGT: 0.50 LB
CAD: 108066147/INET4040

BILL SENDER

FedEx
Express

552J2/E4AF/DCA5

J182118881591urr

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT 1 - Page 16 of 17**

**Subject:** FedEx Shipment 773795865183 Delivered
**Date:** Wednesday, November 28, 2018 at 11:21:16 AM Eastern Standard Time
**From:** TrackingUpdates@fedex.com
**To:** Kristi Holtzberg

FedEx®

# Your package has been delivered

## Tracking # 773795865183

Ship date:
Mon, 11/26/2018

Kristi Holtzberg
Terry D. Jackson, P.C.
Atlanta, GA 30312
US

Delivery date:
Wed, 11/28/2018 11:17 am

| Delivery progress bar |

Delivered

Torts Branch Civil Division
United States Attorneys Office
75 Ted Turner Drive, SW, Suite
600
Richard B. Russell Federal
Building
ATLANTA, GA 30303
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773795865183 |
| Status: | Delivered: 11/28/2018 11:17 AM Signed for By: D.IANSON |
| Reference: | Smith, Steve |
| Signed for by: | D.IANSON |
| Delivery location: | ATLANTA, GA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Standard transit: | 11/27/2018 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:21 AM CST on 11/28/2018.

**EXHIBIT 1 - Page 17 of 17**          **Page 1 of 2**

# EXHIBIT 2

LAW DEPARTMENT
NATIONAL TORT CENTER


**UNITED STATES**
**POSTAL SERVICE**

## CERTIFIED NO. 7017 1450 0001 9610 7122
## RETURN RECEIPT REQUESTED

March 15, 2019

Terry D. Jackson
Attorney at Law
600 Edgewood Avenue
Atlanta, GA 30312

Re:   Your Client:         Samantha Smith Individually and Ann Herrera
                           for the Estate of Robert Steven Smith
      Date of Incident:    November 28, 2016

Dear Mr. Jackson:

This is in reference to the administrative claim you filed on behalf of the above-referenced claimant under the provisions of the Federal Tort Claims Act, as a result of injuries allegedly sustained on November 28, 2016.

The Postal Service is not legally obligated to pay all losses which may occur, but only those caused by the negligent or wrongful act or omission of an employee acting in the scope of his/her employment. We are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a negligent act or omission on the part of the U.S. Postal Service or its employees. According to the police report, the proximate cause of this single vehicle accident was that Steven Smith was driving his vehicle while intoxicated at a high rate of speed when he lost control and left the roadway. Furthermore, the Postal Service does not regulate mailbox supports in any way and was under no duty to inform and/or require the homeowners at 12505 and 12485 King Road to remove their brick, stone or concrete mailbox supports. Specifically according to the Postal Operations Manual (POM), Section 632.523 – Posts and Supports:

> The Postal Service does not regulate mailbox supports in any way except for purposes of carrier safety and delivery efficiency. **Posts and other supports for curbside mailboxes are owned and controlled by customers**, who are responsible for ensuring that posts are neat and adequate in strength and size... (Emphasis added).

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL:  314/345-5847
FAX  314/345-5893

## EXHIBIT 2 - Page 1 of 4

While we regret any injury that may have occurred, we cannot accept legal liability for these alleged damages. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in **a United States District Court** no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above.  Further, note the **United States of America is the only proper defendant** in a civil action brought pursuant to the Federal Tort Claims Act and **such suit may be heard only by a federal district court**.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

David Kupper
Attorney
(314) 345-5846

cc:    Tara Goodman
       Tort Claim Coordinator
       300-17-00414501B

**EXHIBIT 2 - Page 2 of 4**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terry D. Jackson
Attorney at Law
600 Edgewood Avenue
Atlanta, GA 30312

9590 9402 3994 8079 3672 38

2. Article Number (Transfer from service label)

7017 1450 0001 9610 7122

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT 2 - Page 3 of 4**

ES
ICE

E CENTER
ET, ROOM 2400
55-9948



**CERTIFIED MAIL**



7017 1450 0001 9610 7122



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Terry D. Jackson
Attorney at Law
600 Edgewood Avenue
Atlanta, GA 30312

RETURN RECEIPT

**EXHIBIT 2 - Page 4 of 4**

# EXHIBIT 3

# HALL & LAMPROS, LLP

**400 Galleria Parkway**
**Suite 1150**
**Atlanta, Georgia 30339**

November 25, 2018

## Via FedEx Tracking No. 7737 9600 1496 & 1st Class U.S. Mail

United States Postal Service
Chief Counsel, Torts, General Law Service Center
USPS National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

## Via FedEx Tracking No. 7737 9600 4407 & 1st Class U.S. Mail

United States Postal Service
Megan Brennan, Postmaster General & CEO
c/o Thomas Marshall, General Counsel
475 L'Enfant Plaza, Room 4012
Washington, DC 20260-2200

## Via FedEx Tracking No. 7737 9600 7314 & 1st Class U.S. Mail

Torts Branch - Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002

## Via FedEx Tracking No. 7737 9600 9523 & 1st Class U.S. Mail

The United States Attorney's Office
Torts Branch – Civil Division
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

> Re: Claims of Micah Smith for the Wrongful Death of Sydney Smith, and Claims of
> Micah Smith, as the Court Appointed Personal Administrator, for the Estate of
> Sydney Smith
>
> Date & Time: November 28, 2016 at approximately 00:39 a.m.
>
> Location: 12485 King Road & 12505 King Road,
> City of Roswell, Fulton County, Georgia
>
> Report No.: Incident Report # 1611001042 (*See Exhibit 2*)

Dear Sirs or Madams and Ms. Brennan:

## EXHIBIT 3 - Page 1 of 10

# HALL & LAMPROS, LLP

My name is Andrew Lampros, and my firm Hall & Lampros, LLP, represents Micah Smith, individually, for the wrongful death of her daughter, Sydney Smith under Georgia law. We also represent Micah Smith, the Court Appointed Personal Administrator of Sydney Smith, under Georgia law. I am presenting by the attached Form 95, with attachments, the claim against the US Postal Service for the wrongful death of Sydney Smith, and for the claims on behalf of her Estate, including pre-death physical and mental pain, suffering, last funeral, burial and medical expenses.

Employees of the US Postal Service were negligent and negligent per se in failing to instruct, inform, and require that the Nashes and Stewards, homeowners at 12505 & 12485 King Road, Roswell, GA, remove their brick, stone and concrete filled mailboxes that existed dangerously close to the roadway, in violation of US Postal regulations. US Postal employees failed to instruct, require and tell the Nashes and Stewards that they were required under USPS rules and regulations to remove these hazards, and replace them with USPS compliant standard mailboxes or that their mail would not be delivered by the USPS. Neither Sydney Smith nor her father would have died in this crash if they collided with standard mailboxes instead of the brick, stone and concrete mailboxes they hit on November 28, 2016 on King Road.

This notice is provided as required by 28 USC §§ 1346, 2675, 2671, et seq. and 39 CFR § 912.4, to the parties above, and the US Attorney and the local office of the U.S. Attorney in the Northern District of Georgia.

We appreciate your attention to this matter, and look forward to a response to the same. If you have any questions in the interim, do not hesitate to contact us.

Respectfully yours,

By: Andrew Lampros, Partner
Hall & Lampros, LLP

Enclosures:   *Form 95 Claims for Damage, Injury or Death*

CD -   *Exhibit 1*   *Death Certificate Sydney Smith*
       *Exhibit 2*   *Incident Investigation Report*
       *Exhibit 3*   *Autopsy Reports, Steve & Sydney Smith*
       *Exhibit 4*   *State Farm (Smith Policies) & Auto Owners UIM Policies (Susan McKoy)*
       *Exhibit 5*   *DeKalb County Lawsuits for Steve Smith & Sydney Smith*
                     A.   *Micah Smith Lawsuit*
                     B.   *Ann Herrera Cross Claims & Answer*
                     C.   *Samantha Smith Lawsuit*

# HALL & LAMPROS, LLP

United States Postal Service
Torts Branch - Civil Division
The United States Attorney's Office
Page 3 of 3
November 25, 2018

<div style="margin-left: 3em;">

*Exhibit 6*  *Fee Agreement with Micah Smith*
*Exhibit 7*  *Letters of Administration granted to Micah Smith, for the*
      *Estate of Sydney Smith*

</div>

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1. Submit to Appropriate Federal Agency. | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service, Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948 | Micah Smith, Individually, and as the Court Appointed Personal Administrator of the Estate of Sydney Smith. c/o Attorney: Andrew Lampros, Hall & Lampros, LLP, 400 Galleria Pkwy, Suite 1150, Atlanta, GA 30339 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 10/02/1995 | Single | 11/28/2016 | 0036 | A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Sydney Smith was killed on November 28, 2016 when her dad's car struck 2 brick, stone and concrete mailboxes on King Road in Roswell, GA. The postal service was aware that the brick, stone, and concrete mailboxes on King Road violated U.S. Postal service guidelines and regulations, 632.53, but the postal service mailbox carriers did not request the homeowners remove the mailboxes with Form PS 4056 nor cite the homeowners under its regulations and for them to install a USPS-STD-7 compliant mailboxes. Attached is a CD with the incident report and photographs of the brick, stone, and concrete mailboxes.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Sydney Smith was killed in the collision. Sydney's mother Micah Smith individually and as the Court appointed representative of Sydney Smith's Estate is presenting claims for her death. Autopsy reports by the coroner are provided for inspection too, with her death certificate.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| See incident report, photographs, etc. on CD attached as exhibits to this demand | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 5,000,000 | 15,000,000 | 20,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Andrew Lampros Atty for Micah Smith | (404) 876-8100 x 115 | 11/25/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4045 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

EXHIBIT 3 - Page 4 of 10

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

State Farm automobile insurance policies. State Farm Mutual Automobile Insurance Company, One State Farm Plaza, Bloomington, IL 61710-0001; Policy Numbers 872 6227-C20-11; 713 7107-F26-11E; 606 5857-B12-11F

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| A claim has been filed against Steve Smith's insurance above, and the defendants in Complaint filed in DeKalb County's insurers too. | 0.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
State Farm has rejected the claim, and a lawsuit is being filed in state court in DeKalb County, GA against third parties owning the mailboxes, the City of Roswell and Fulton County employees involved.

19. Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

Not applicable, see State Farm Automobile policies attached for Steve & Micah Smith covering their automobiles, and their automobile insurance identified above in #15, and the insurance of Susan Mckoy, where Sydney was domiciled at her death.

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## EXHIBIT 3 - Page 5 of 10

## LIST OF EXHIBITS TO FORM 95 USPS SYDNEY SMITH

1. Death Certificate Sydney Smith
2. Incident Investigation Report
3. Autopsy Reports, Steve & Sydney Smith
4. State Farm (Smith Policies) & Auto Owners Policies (Susan McKoy, maternal grandmother where Sydney Smith was domiciled at death)
5. DeKalb County Lawsuits for Steve Smith & Sydney Smith
   A. Micah Smith Lawsuit
   B. Ann Herrera Cross Claims & Answer
   C. Samantha Smith Lawsuit
6. Fee Agreement with Micah Smith, as the Court Appointed Personal Administrator of the Estate of Sydney Smith
7. Letters of Administration granted to Micah Smith, for the Estate of Sydney Smith.

**EXHIBIT 3 - Page 6 of 10**

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | **FORM APPROVED OMB NO. 1105-0008** |
|---|---|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Postal Service, Megan Brennan, Postmaster General & CEO, c/o Thomas Marshall, General Counsel, 475 L'Enfant Plaza, Room 4012, Washington, DC 20260-2200 | 2. Name, address of claimant, and claimant's personal representative if any (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Micah Smith, Individually, and as the Court Appointed Personal Administrator of the Estate of Sydney Smith. c/o Attorney: Andrew Lampros, Hall & Lampros, LLP, 400 Galleria Pkwy, Suite 1150, Atlanta, GA 30339 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>10/02/1995 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/28/2016      0036 | 7. TIME (A.M. OR P.M.)<br>A.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Sydney Smith was killed on November 28, 2016 when her dad's car struck 2 brick, stone and concrete mailboxes on King Road in Roswell, GA. The postal service was aware that the brick, stone, and concrete mailboxes on King Road violated U.S. Postal service guidelines and regulations, 632.53, but the postal service mailbox carriers did not request the homeowners remove the mailboxes with Form PS 4056 nor cite the homeowners under its regulations and for them to install a USPS-STD-7 compliant mailboxes. Attached is a CD with the incident report and photographs of the brick, stone, and concrete mailboxes.

| 9. | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Sydney Smith was killed in the collision. Sydney's mother Micah Smith individually and as the Court appointed representative of Sydney Smith's Estate is presenting claims for her death. Autopsy reports by the coroner are provided for inspection too, with her death certificate.

| 11. | **WITNESSES** | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) | |
| See incident report, photographs, etc. on CD attached as exhibits to this demand | | |

| 12. (See instructions on reverse). | | **AMOUNT OF CLAIM (in dollars)** | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br><br>5,000,000 | 12c. WRONGFUL DEATH<br><br>15,000,000 | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br><br>20,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>Andrew Lampros atty for Micah Smith | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(404) 876-8100 x 115 | 14. DATE OF SIGNATURE<br>11/25/2018 |
|---|---|---|
| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** | |
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) | |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**EXHIBIT 3 - Page 7 of 10**

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

State Farm automobile insurance policies. State Farm Mutual Automobile Insurance Company, One State Farm Plaza, Bloomington, IL 61710-0001; Policy Numbers 872 6227-C20-11; 713 7107-F26-11E; 606 5857-B12-11F

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No   | 17. If deductible, state amount.

A claim has been filed against Steve Smith's insurance above, and the defendants in Complaint filed in DeKalb County's insurers too.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
State Farm has rejected the claim, and a lawsuit is being filed in state court in DeKalb County, GA against third parties owning the mailboxes, the City of Roswell and Fulton County employees involved.

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

Not applicable, see State Farm Automobile policies attached for Steve & Micah Smith covering their automobiles, and their automobile insurance identified above in #15, and the insurance of Susan Mckoy, where Sydney was domiciled at her death.

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## EXHIBIT 3 - Page 8 of 10

## LIST OF EXHIBITS TO FORM 95 USPS SYDNEY SMITH

1. Death Certificate Sydney Smith
2. Incident Investigation Report
3. Autopsy Reports, Steve & Sydney Smith
4. State Farm (Smith Policies) & Auto Owners Policies (Susan McKoy, maternal grandmother where Sydney Smith was domiciled at death)
5. DeKalb County Lawsuits for Steve Smith & Sydney Smith
   A. Micah Smith Lawsuit
   B. Ann Herrera Cross Claims & Answer
   C. Samantha Smith Lawsuit
6. Fee Agreement with Micah Smith, as the Court Appointed Personal Administrator of the Estate of Sydney Smith
7. Letters of Administration granted to Micah Smith, for the Estate of Sydney Smith.

**EXHIBIT 3 - Page 9 of 10**



**EXHIBIT 3 - Page 10 of 10**

# EXHIBIT 4

LAW DEPARTMENT
NATIONAL TORT CENTER

 **UNITED STATES
POSTAL SERVICE**

## CERTIFIED NO. 7017 1450 0001 9610 7115
## RETURN RECEIPT REQUESTED

March 15, 2019

Andrew Lampros
Hall & Lampros, LLP
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339

Re:  Your Client:  Micah Smith Individually and OBO Estate of Sydney
                    Smith
     Date of Incident:  November 28, 2016

Dear Mr. Lampros:

This is in reference to the administrative claim you filed on behalf of the above-
referenced claimant under the provisions of the Federal Tort Claims Act, as a result
of injuries allegedly sustained on November 28, 2016.

The Postal Service is not legally obligated to pay all losses which may occur, but
only those caused by the negligent or wrongful act or omission of an employee
acting in the scope of his/her employment. We are guided in our determination by
all the information available to us, including the reports of our personnel and any
other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a
negligent act or omission on the part of the U.S. Postal Service or its employees.
According to the police report, the proximate cause of this single vehicle accident
was that Steven Smith was driving his vehicle while intoxicated at a high rate of
speed when he lost control and left the roadway. Furthermore, the Postal Service
does not regulate mailbox supports in any way and was under no duty to inform
and/or require the homeowners at 12505 and 12485 King Road to remove their
brick, stone or concrete mailbox supports. Specifically according to the Postal
Operations Manual (POM), Section 632.523 – Posts and Supports:

> The Postal Service does not regulate mailbox supports in any way except for
> purposes of carrier safety and delivery efficiency. **Posts and other supports
> for curbside mailboxes are owned and controlled by customers**, who are
> responsible for ensuring that posts are neat and adequate in strength and
> size... (Emphasis added).

## EXHIBIT 4 - Page 1 of 2

While we regret any injury that may have occurred, we cannot accept legal liability for these alleged damages. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a **United States District Court** no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the **United States of America is the only proper defendant** in a civil action brought pursuant to the Federal Tort Claims Act and **such suit may be heard only by a federal district court**.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

David Kupper
Attorney
(314) 345-5846

cc:    Tara Goodman
       Tort Claim Coordinator
       300-17-00414501A

**EXHIBIT 4 - Page 2 of 2**

# EXHIBIT 5



*Google Street View, December 2016, 12505 Replacement Mailbox on the Left, 12485 King Road Replacement Mailbox on the Right*

https://www.google.com/maps/place/12485+King+Rd,+Roswell,+GA+30075/@34.0871843,-84.3770447,3a,75y,97.06h,71.8t/data=!3m6!1e1!3m4!1s3NG17E8u3w84lAwLfoCfeQ!2e0!7i13312!8i6656!4m5!3m4!1s0x88f573be13fce895:0xba7c55a4abef105e!8m2!3d34.0870279!4d-84.3762595

**EXHIBIT 5**

# EXHIBIT 6



*Google Street View, August 2012, 12505 & 12485 King Road Mailbox Installations Prior to the Collision on November 28, 2016*

https://www.google.com/maps/place/12485+King+Rd,+Roswell,+GA+30075/@34.0871493,-84.3770211,3a,90y,70.6h,66.98t/data=!3m6!1e1!3m4!1sJq9vN0LfBH6kDmLwcyb0qA!2e0!7i13312!8i6656!4m5!3m4!1s0x88f573be13fce895:0xba7c55a4abef105e!8m2!3d34.0870279!4d-84.3762595

**EXHIBIT 6**

# EXHIBIT 7



Exhibit 7

# EXHIBIT 8



Exhibit 8

# EXHIBIT 9



Exhibit 9